**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

HERBERT MCNEIL,

    Petitioner,

v.                                           CASE NO. 3:19cv4778-MCR-HTC

KATHLEEN H. SAWYER,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated January 2, 2020. ECF No. 25. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 25, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of January 2020.

                 s/ *M. Casey Rodgers*
                 **M. CASEY RODGERS**
                 **UNITED STATES DISTRICT JUDGE**